**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANIEL R. RONEY, SR.,

Plaintiff,

v.

Case No. 8:21-cv-01725-MSS-CPT

ENHANCED RECOVERY
COMPANY, LLC,

Defendant.

---

**JOINT MOTION TO EXTEND DEADLINE TO COMPLETE MEDIATION**

Plaintiff, Daniel R. Roney, Sr., and Defendant, Enhanced Recovery Company, LLC, jointly move this Court for an order allowing the parties to extend the deadline to complete mediation and state as follows:

1. On November 5, 2021, this Court entered its Case Management and Scheduling Order [Dkt. No. 10], ordering the parties to Mediate on or before February 2, 2022.

2. Due to scheduling conflicts with mediator Chris Griffin's availability, the parties respectfully request that the deadline to complete mediation be extended to February 15, 2022.

WHEREFORE, the Parties request this Court to enter an order allowing the Parties to conduct mediation on February 15, 2022.

Dated: November 22, 2021

Respectfully Submitted,

*/s/ Alejandro E. Figueroa*
Alejandro E. Figueroa (#1021163)
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200

*/s/ Richard D. Rivera*
Richard D. Rivera (#108251)
Smith, Gambrell & Russell, LLP
50 North Laura Street, Suite 2600

Lombard, IL 60148
Phone: (630) 575-8181
alejandrof@sulaimanlaw.com
*Attorney for Plaintiff*

Jacksonville, Florida 32202
Phone: (904) 598-6100
rrivera@sgrlaw.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

/s/ *Alejandro E. Figueroa*
Alejandro E. Figueroa